**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GAEA, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>Defendants. | Civil Action No. 2:26-CV-00264-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER REGARDING VENUE DISCOVERY AND EXTENSION OF BRIEFING DEADLINES**

Plaintiff Gaea, LLC ("Gaea" or "Plaintiff") hereby moves the Court for entry of an Order Regarding Venue Discovery and Extension of Briefing Deadlines. Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Defendants," and together with Plaintiff, the "Parties") do not oppose this motion.

On September 11, 2026, Defendants filed a motion to transfer venue (Dkt. No. 43) and a motion to dismiss the first amended complaint (Dkt. No. 41) based on improper venue (together, the "Venue Motions").

On September 14, 2026, the Parties met and conferred regarding Plaintiff's request for limited venue discovery in connection with the Venue Motions.

On September 25, 2026, the Parties agreed to continue discussing limited venue discovery and Plaintiff filed an unopposed motion to continue its deadline to respond to the Venue Motions deadlines (Dkt. No. 48) until the parties submit a proposed briefing schedule.

Gaea respectfully requests that the Court enter the attached Order reflecting the following agreements by the Parties regarding venue discovery and the extension of briefing deadlines:

1) Venue discovery shall commence on the date that the Court enters an order granting this motion regarding agreed venue discovery and the extension of briefing deadlines (the "Order") and shall be completed within 75 days of that date.

2) The Parties shall serve any venue-related requests for production and interrogatories, within 7 days of the Order.

3) Objections and responses to venue-related discovery requests shall be served within 14 days of the venue-related discovery requests.

4) The Parties shall meet and confer regarding objections within 7 days of the objections and responses.

5) Production of materials pursuant to venue-related discovery shall be completed within 7 days of the meet and confer.

6) The Parties may take the following discovery, limited to the venue-related issues raised in the Venue Motions, subject to the Parties' objections in response to those discovery requests:

a) Up to 6 requests for production for each side;

b) Up to 6 interrogatories for each side;

c) 10 hours total of depositions for 30(b)(1) deponents; and

d) 4 hours total of depositions for 30(b)(6) deponents.

7) The foregoing discovery shall not count towards the discovery limits set forth in the Discovery Order entered in this action (Dkt. No. 31); however, should either party choose not to use any of its fourteen (14) additional hours or additional requests for production or interrogatories, those hours or requests are not added to the limits the Parties agreed to outside of venue discovery (Dkt. No. 31 at 4). For example, if a witness is both a 30(b)(1) and a 30(b)(6) witness, the deposition time for that witness is concurrent as to both 30(b)(1) and 30(b)(6) testimony (e.g., 14 hours of on the record time regardless if the witness is providing only 30(b)(1) testimony, only 30(b)(6) testimony, or both). Any deposition time taken beyond those fourteen (14) hours is counted against the seventy (70) total deposition hours the Parties agreed to outside of venue discovery (Dkt. No. 31 at 4).

8) The deadline for Plaintiff's oppositions to the Venue Motions shall be 14 days after the date on which venue discovery is completed.

9) Defendants' replies shall be due 14 days after Plaintiff's oppositions to the Venue Motions are due.

10) Plaintiff's sur-replies shall be due 14 days after Defendants' replies in support of their Venue Motions are due.

Date: October 13, 2026

Respectfully submitted,

*/s/ Cristofer Leffler*
Cristofer I. Leffler, CA Bar No. 208129
Cliff Win, Jr., CA Bar No. 270517
Michael Saunders, WA Bar No. 51550
Palani P. Rathinasamy, CA Bar No. 269852
Alexandra Fellowes, CA Bar No. 261929
Aden Allen, TX Bar No. 24064808
Christopher J. Mierzejewski, TX Bar No. 24070270
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: (206) 809-6809
Email:cris.leffler@foliolaw.com
cliff.win@foliolaw.com
mike.saunders@foliolaw.com
palani@foliolaw.com
alexandra.fellowes@foliolaw.com
aden.allen@foliolaw.com
chris.mierzejewski@foliolaw.com

Gregory P. Love, TX SB No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Tel: (903) 212-4444
Email: glove@cjsjlaw.com

*Attorneys for Plaintiff Gaea, LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Gaea, LLC met and conferred with counsel for Defendants, regarding the foregoing regarding venue discovery and the extension of briefing deadlines. Defendants do not oppose this motion.

*/s/Cristofer Leffler*
Cristofer Leffler

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served or delivered electronically to all counsel of record on this 13th day of October 2026 via the Court's CM/ECF system.

*/s/ Cristofer Leffler*
Cristofer Leffler