**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GAEA, LLC,<br>*Plaintiff*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00264-JRG-RSP |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Venue Discovery. **Dkt. No. 53**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the Parties may conduct venue discovery as set forth below:

1. Venue discovery shall commence on the date of entry of this Order and shall be completed by December 28, 2026.
2. The Parties shall serve any venue-related requests for production and interrogatories, within 7 days of entry of this Order.
3. Objections and responses to venue-related discovery requests shall be served within 14 days of the venue-related discovery requests.
4. The Parties shall meet and confer regarding objections within 7 days of the objections and responses.
5. Production of materials pursuant to venue-related discovery shall be completed within 7 days of the meet and confer.

6. The Parties may take the following discovery, limited to the venue-related issues raised in the Venue Motions, subject to the Parties' objections in response to those discovery requests:

    a. Up to 6 requests for production for each side;
    b. Up to 6 interrogatories for each side;
    c. 10 hours total of depositions for 30(b)(1) deponents; and
    d. 4 hours total of depositions for 30(b)(6) deponents.

7. The foregoing discovery shall not count towards the discovery limits set forth in the Discovery Order entered in this action (Dkt. No. 31); however, should either party choose not to use any of its fourteen (14) additional hours or additional requests for production or interrogatories, those hours or requests are not added to the limits the Parties agreed to outside of venue discovery (Dkt. No. 31 at 4). For example, if a witness is both a 30(b)(1) and a 30(b)(6) witness, the deposition time for that witness is concurrent as to both 30(b)(1) and 30(b)(6) testimony (e.g., 14 hours of on the record time regardless if the witness is providing only 30(b)(1) testimony, only 30(b)(6) testimony, or both). Any deposition time taken beyond those fourteen (14) hours is counted against the seventy (70) total deposition hours the Parties agreed to outside of venue discovery (Dkt. No. 31 at 4)

It is **FURTHER ORDERED** that Plaintiff's opposition to Defendant's venue motions is due January 11, 2027; Defendant's reply is due January 25, 2027; and Plaintiff's sur-reply is due February 8, 2027.

**SIGNED this 15th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE