**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GAEA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:26-cv-00264-JRG-RSP |

**JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE**

WHEREAS, Plaintiff Gaea, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (collectively the "Parties") have resolved Plaintiff's claims for relief against Defendants asserted in the above-captioned case.

Now, THEREFORE, Plaintiff and Defendants, by and through their undersigned counsel, respectfully submit this Joint Motion to Dismiss Plaintiff's Claims With Prejudice. Accordingly, the Parties respectfully request that the Court dismiss the Plaintiff's claims against the Defendants with prejudice and deny all pending motions as MOOT in the above-captioned case, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: November 4, 2026

**FOLIO LAW GROUP PLLC**

*/s/ Cristofer Lefler*

Cristofer I. Leffler, WA Bar No. 35020
Cliff Win, Jr., CA Bar No. 270517
Michael Saunders, WA Bar No. 51550
Palani Rathinasamy, CA Bar No. 269852
Alexandra Fellowes, CA Bar No. 261929
Aden M. Allen, TX Bar No. 24064808
Christopher J. Mierzejewski, TX Bar No. 24070270
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 809-6809
Email: cris.leffler@foliolaw.com
cliff.win@foliolaw.com
mike.saunders@foliolaw.com
palani@foliolaw.com
alexandra.fellowes@foliolaw.com
aden.allen@foliolaw.com
chris.mierzejewski@foliolaw.com

Gregory P. Love, TX Bar No. 24013060
**CHERRY JOHNSON SIEGMUND JAMES**
400 Austin Ave., Ste. 9th Floor
Tel: (254) 732-2242
Email: glove@cjsj.com

*Counsel for Plaintiff Gaea, LLC*

DATED: November 4, 2026

Respectfully submitted,

*/s/ Tharan Gregory Lanier w/ permission by Cristofer Leffler*

Tharan Gregory Lanier
(California Bar No. 138784)
**JONES DAY**
1755 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 739-3939
tglanier@jonesday.com

Stuart W. Yothers (New York Bar No. 4355467)
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3939
syothers@jonesday.com

Keith B. Davis
(Texas State Bar No. 24037895)
**JONES DAY**
2727 N. Harwood St., Suite 500
Dallas, TX 75201
Tel: (214) 220-3939
kbdavis@jonesday.com

Stephanie M. Mishaga (California Bar No. 326058)
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Tel: (858) 314-1200
smishaga@jonesday.com

Robert M. Breetz
(Ohio Bar No. 98,926)
**JONES DAY**
901 Lakeside Avenue
Cleveland, OH 44114
Tel: (216) 586-3939
rbreetz@jonesday.com

Melissa R. Smith (State Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Cristofer Leffler*
Cristofer I. Leffler

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies compliance with Local Rule CV-7(h) and this motion is jointly filed on behalf of the Parties.

*/s/ Cristofer Leffler*
Cristofer I. Leffler